FILED 21 OCT '21 14:00 USDC-ORE

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:21-cr-**00408-MC |
| **v.** | **INDICTMENT** |
| **MEERAALI SHAIK,** | **26 U.S.C. § 7201** |
| **Defendant.** | |

## THE GRAND JURY CHARGES:

**COUNT 1**
**(Tax Evasion)**
**(26 U.S.C. § 7201)**

## GENERAL ALLEGATIONS

At all times relevant to this Indictment,

1. **MEERAALI SHAIK** was a resident of Oregon.

2. **SHAIK** owned and operated Evergreen Indian Cuisine, LLC/Evergreen South & North Cuisine located in Eugene, Oregon (EIC-Eugene), and co-owned and operated Evergreen Indian Cuisine, LLC/Evergreen North &South Cuisine located in Corvallis, Oregon (EIC-Corvallis).

3. **SHAIK** used a tax preparation company to prepare his tax returns. Every year, **SHAIK** was provided and signed an organizer and engagement letter sent to him by his tax preparer. The engagement letter informed him that he was responsible for reporting information correctly.

## EVASION OF PAYMENT OF TAXES

4. From in or before 2013 through in or about April 2017, in the District of Oregon, defendant **MEERAALI SHAIK** willfully attempted to evade and defeat the assessment of income tax due and owing by him to the United States of America, for the calendar years 2015 and 2016, by committing the following acts, among others:

a. Signing and causing to be signed, for calendar years 2015 and 2016, a false and fraudulent U.S. Individual Income Tax Return, Form 1040 which underreported his income, both of which were submitted to the Internal Revenue Service;

b. Depositing cash receipts from EIC-Eugene and EIC-Corvallis into personal bank accounts;

c. Providing his tax preparer with incomplete bank and income records, including but not limited to failing to provide his tax preparer with accurate information regarding cash receipts received by EIC-Eugene and EIC-Corvallis;

d. Using EIC-Eugene and EIC-Corvallis cash receipts to pay mortgage and equity lines of credit on properties in Eugene, Corvallis, and Chandler, Arizona; and

e. Using unreported cash receipts to pay employee tips, tips that were reported to **SHAIK'S** tax preparer to reduce his tax liability.

In violation of Title 26, United States Code, Section 7201.

Dated: October 21, 2021

A TRUE BILL.

[redacted]

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

GAVIN W. BRUCE, OSB# 113384
Assistant United States Attorney