**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:21-cr-00408-MC** |
| **v.** | **ORDER DISMISSING INDICTMENT AND SUPERSEDING INDICTMENT WITH PREJUDICE** |
| **MEERAALI SHAIK,** | |
| **Defendant.** | |

This matter, having come before the Court on the government's motion to dismiss the indictment in the above-captioned case with prejudice pursuant to Rule 48(a), Fed. R. Crim. P. and the Court being fully advised;

IT IS HEREBY ORDERED that the indictment against defendant Meeraali Shaik, filed on October 21, 2021, as well as the superseding indictment, filed on July 21, 2022, be DISMISSED with prejudice.

Dated: December 30th, 2024.

s/Michael J. McShane
MICHAEL J. MCSHANE
United States District Judge

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ Gavin W. Bruce*
GAVIN W. BRUCE, OSB #113384
Assistant United States Attorney