IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:21-cr-00408-MC |
| | ) | |
| v. | ) | December 9, 2024 |
| | ) | |
| MEERAALI SHAIK, | ) | Eugene, Oregon |
| | ) | |
| Defendant. | ) | |

**TRANSCRIPT OF PROCEEDINGS**

(Status Conference)

BEFORE THE HONORABLE MICHAEL J. MCSHANE

UNITED STATES DISTRICT COURT JUDGE

**COURT REPORTER:**
Kellie M. Humiston, RMR, CRR
(503) 326-8186
Kellie_Humiston@ord.uscourts.gov

# A P P E A R A N C E S

FOR THE PLAINTIFF:
UNITED STATES ATTORNEY'S OFFICE
By: Gavin W. Bruce
405 E. 8th Avenue
Suite 2400
Eugene, OR 97401

FOR THE PLAINTIFF:
UNITED STATES ATTORNEY'S OFFICE
By: William M. McLaren
405 E. 8th Avenue
Suite 2400
Eugene, OR 97401

FOR THE DEFENDANT:
KAUFFMAN KILBERG
By: Samuel C. Kauffman
1050 SW Sixth Avenue
Suite 1414
Portland, OR 97204

FOR THE DEFENDANT:
KAUFFMAN KILBERG
By: Melissa Y. Chinn
1050 SW Sixth Avenue
Suite 1414
Portland, OR 97204

INTERPRETER: Subbanna Varanasi

(December 9, 2024, 10:07 a.m.)

**P R O C E E D I N G S**

(Interpreter sworn)

THE COURT: Mr. Shaik, thank you for joining us. Let's have Ms. Pew call the case.

THE COURTROOM DEPUTY: The United States District Court for the District of Oregon is now in session, the Honorable Michael J. McShane presiding. Now is the time set for criminal case 21-00408, United States of America vs. Meeraali Shaik, status conference.

THE COURT: All right. If I could have --

THE INTERPRETER: For status conference.

THE COURT: Yes, for status conference.

All right. We have Mr. McLaren and Mr. Bruce are here for the government, Mr. Kauffman and Ms. Chinn are here on behalf of Mr. Shaik.

Where we last left off, we were vacating a trial date because new documents had been discovered in the possession of the government. Hopefully that exchange has taken place, but why don't I start with Mr. Kauffman.

THE INTERPRETER: Your Honor, I will take a second to interpret that for Mr. Shaik.

THE COURT: All right. I'll try to speak slower.

(Pause in proceedings)

THE INTERPRETER: Yes, sir.

THE COURT: All right.

MR. KAUFFMAN: Okay. And good morning, Your Honor. Sam Kauffman here representing Mr. Shaik. As I understand -- I communicated with Mr. Bruce about the status of the -- of the new documents and records, and as I understand it, he has an update on that, so perhaps he can address the Court.

THE INTERPRETER: Yes, sir.

THE COURT: All right. Mr. Bruce. And perhaps we can just stop after a few sentences. It will take a little time, I think, for our interpreter. Mr. Bruce.

MR. BRUCE: Thank you, Your Honor. At this point, we've scanned the majority of the new documents and -- and taken the -- that's been the priority of the government, is to ensure that we have these documents. We have them scanned and have them ready to be produced over to Mr. Kauffman.

I've spoken with investigators, and they can -- they've assured me that that process will be complete by the end of this week, and then we should be able to provide those over to the defense.

I will also note that the electronic devices have been made available to just -- to be handed back over to Mr. Shaik. And I believe either that's taken place or those -- and maybe I can -- we can ask Mr. Kauffman, that those are available for Mr. Shaik to pick up at his convenience at the FBI.

THE COURT: All right. Mr. Kauffman, obviously you're going to need some time to review the documentation. What are your thoughts?

MR. KAUFFMAN: Your Honor, I would also note that the Court had ordered the government to produce a declaration about the circumstances of precisely what happened with regard to these documents, so Mr. -- perhaps Mr. Bruce can indicate when that will be available as well.

My thoughts are maybe it would make sense to schedule another status hearing either for next week or thereabouts after I get -- after we get the documents so that we can kind of see what we're dealing with. In terms of scheduling a trial date, certainly we can try to do that today, but it might make sense to see -- see what we're dealing with.

THE COURT: All right. So, Mr. Bruce, I don't -- I think maybe you weren't at the last status conference, but I did ask the government to produce a declaration regarding just the process behind, I guess, both losing and then finding these documents. I did that primarily to cut through any additional discovery about what occurred and just kind of get to the meat of it.

MR. BRUCE: And I was at that conference, Your Honor. I -- I'll say that our focus right now has just been on trying to get these documents and get them scanned and just to have a fuller grasp of what -- what's in them, what kind of -- what --

really wrapping our arms around -- around the documents and what's in the possession of the -- the possession of the FBI.

THE COURT: Okay.

MR. BRUCE: And so I -- so I do agree that maybe a status conference in two weeks. We should have a little more clarity on the -- the documents that are present. The government will have its arms wrapped a little bit more closely around maybe what we have and what happened to where we're at a better spot to address with the Court maybe next steps and what's -- kind of what -- where we're going to be going from there.

THE COURT: All right. So my thought is to -- so let's set a status conference in two weeks.

THE COURTROOM DEPUTY: That will be December 23rd.

THE COURT: I mean, I don't want to set something in the middle of the holiday week. I think it may (pause) -- we can all do this by video, of course, but maybe after Christmas before -- but before I leave.

THE COURTROOM DEPUTY: December 30th.

THE COURT: December 30th? I think Mr. Kauffman will have a better idea of what is in the documentation. And, you know, I don't know what the defense's next steps might be, but I do think just to be on the safe side, in a perfect world, if the documentation is exchanged and we're just moving towards a trial, I would -- I guess I would like to get a firm trial date on the calendar so we know what the future holds and Mr. Shaik

understands we're going to have a trial.

THE INTERPRETER: Just a moment, Your Honor.

THE COURT: Go ahead.

(Pause in proceedings)

THE COURT: All right. So apparently we do have a February 4th trial date. Mr. Kauffman, do you want to just keep that date for now and then we'll explore further at the status conference or would you prefer to have a firm date set perhaps late March, early April?

MR. KAUFFMAN: So, Your Honor, I think it makes sense to keep the current placeholder date and then address a firm trial date if need be in -- at the next status hearing.

THE COURT: Okay. We'll do that. And I've already excluded time to that February date.

Is there anything else from the government?

MR. BRUCE: Nothing from the government, Your Honor.

THE COURT: Mr. Kauffman, anything else from defense?

MR. KAUFFMAN: No, Your Honor. Thank you.

THE COURT: All right. Thank you for joining me, folks.

And to Mr. Varanasi, thank you for helping us out today.

THE INTERPRETER: I just explained this to Mr. Shaik, and I will leave, sir, Your Honor. Thank you very much.

MR. KAUFFMAN: I'm sorry, Your Honor. One -- did we

get a time for the December 30 status?

THE COURTROOM DEPUTY: At 10:00 a.m.

THE COURT: 10:00 a.m.

MR. KAUFFMAN: 10:00 a.m. Thank you.

THE COURT: All right. Thank you, folks.

MR. KAUFFMAN: Thank you.

THE INTERPRETER: Thank you, Your Honor.

MR. BRUCE: Thank you, Your Honor.

(Proceedings adjourned at 10:19 a.m.)

**C E R T I F I C A T E**

I certify by signing below that the foregoing is a true and correct transcript of the record, taken by stenographic means, to the best of my ability, of the videoconference/telephonic proceedings in the above-entitled cause.

Due to the video/telephonic connections of parties appearing via videoconference, speakerphone, or cell phone, speakers talking over one another, speakers failing to enunciate, speakers not identifying themselves before they speak, and/or other technical difficulties that occur during videoconference/telephonic proceedings, this certification is limited by the above-mentioned reasons and any technological difficulties of such proceedings occurring over the video and/or telephone.

A transcript without an original signature, conformed signature, or digitally signed signature is not certified.

DATED this 4th day of June 2025.

/s/ Kellie M. Humiston

Kellie M. Humiston, RMR, CRR
Official Court Reporter
Certificates Expire: 9/2027